PROPOSED ORDER/COVER SHEET

| | | | |
|---|---|---|---|
| TO: | Honorable Joseph C. Spero<br>U.S. Magistrate Judge | RE: | Dabai, Salameh |
| FROM: | Claudette M. Silvera, Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR05-71011 EDL |

FILED
2006 FEB 13 PM 1: 28
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Josh Libby                                                                 415-436-7510
United States Pretrial Officer Assistant                  TELEPHONE NUMBER

RE:    MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____ Presiding District Court Judge_____

☒ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☒ Modification(s)

A. The defendant shall report to Pretrial Services as directed;

B. The defendant shall maintain current employment or if unemployed shall seek and maintain verifiable employment;

C. The defendant shall surrender his passport and not apply for any new passports or travel documents.

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐ Other Instructions:

_____
JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE
JUDICIAL OFFICER                                      2/10/06
                                                                  DATE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SALAMEH DABAI,<br><br>        Defendant.                    / | Case Number: 3:05-mj-71011 *EDL*<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 13, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brian H. Getz
Law Offices of Brian H Getz
44 Montgomery Street
Suite 3850
San Francisco, Ca 94104

Timothy J. Lucey
U. S. Attorney's Office
450 Golden Gate Ave
San Francisco, CA 94102

Josh Libby
US Pretrial Services
450 Golden Gate Ave.
San Francisco, CA 94102

Grace Ligh
USDC - Finance Dept.
450 Golden Gate Ave.
San Francisco, CA 94102

Dated: February 13, 2006

Richard W. Wieking, Clerk
By: Karen Hom, Deputy Clerk