1 | KEVIN V. RYAN (CSBN 118321)
  | United States Attorney
2 |
3 | MARK L. KROTOSKI (CSBN 138549)
  | Chief, Criminal Division
4 | TIMOTHY J. LUCEY (CSBN 172332)
  | Assistant United States Attorney
5 |
6 | 450 Golden Gate Avenue, Box 36055
  | San Francisco, California 94102-3495
  | Telephone: (415) 436-7200
7 | Facsimile: (415) 436-7234
  | E-mail: Timothy.Lucey@usdoj.gov
8 |
9 | Attorneys for United States of America

FILED
05 JUN 30 PM 3: 15
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 3 - 05 - 71011 EDL |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] SPEEDY TRIAL ORDER |
| v. | ) | |
| SALAMEH ISSA DABAI, | ) | |
| Defendant. | ) | |

WHEREAS, SALAMEH ISSA DABAI ("Dabai") is charged in a criminal complaint with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

WHEREAS, Dabai made his initial appearance on the aforesaid criminal complaint, before the Honorable Joseph Spero, on January 30, 2006, and was released on a bond;

WHEREAS, the parties previously entered into a stipulation and order waiving time under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through June 30, 2006, in order to provide for effective preparation of counsel;

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1   WHEREAS, government counsel was out of the office on extended family medical leave
2   from mid-May 2006 and continuing throughout June 2006;

3   WHEREAS, the government is agreeable to delaying indictment in order to provide
4   Dabai and his attorney the opportunity to review discovery, and where, since arrest preceded
5   indictment in this matter, it is unreasonable to expect return and filing of the indictment within
6   the period specified in section 3161(b), and further where it is in the defendant's best interest to
7   waive time under both Rule 5.1 to allow time for a resolution and disposition short of indictment
8   for a further four (4) weeks, through Friday, July 28, 2006;

9   THEREFORE, the parties agree and stipulate as follows:

10  1.   Dabai hereby again waives his right to have a preliminary hearing conducted
11       within 20 days of his initial appearance while out of custody, pursuant to Rule
12       5.1(c)-(d) of the Federal Rules of Criminal Procedure, taking into account the
13       public's interest in the prompt disposition of criminal cases and for good cause
14       shown;

15  2.   Dabai hereby again waives his right to have all of the charges contained in the
16       criminal complaint on which he made his initial appearance on January 30, 2006,
17       indicted within thirty days of his initial appearance, which including prior
18       exclusions of time, would be June 30, 2006, as required by 18 U.S.C. § 3161(b);

19  3.   The government and Dabai hereby agree that any indictment by the government,
20       as to charges contained in the criminal complaint, must be filed no later than
21       **July 28, 2006**, pursuant to section 3161(h)(8)(B)(iii);

22  4.   The government and Dabai hereby mutually agree that any preliminary hearing
23       and/or arraignment be held no later than **July 28, 2006**;

24  The undersigned parties, by and through their counsel, hereby agree and stipulate that
25  this waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section
26  3161(b) of the Speedy Trial Act shall remain in place until July 28, 2006, because this is a case
27  in which arrest preceded indictment, such that delay in the filing of the indictment is caused
28  because the arrest occurred at time that is unreasonable to expect return and filing of the

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1 | indictment as to all of the charges contained in the criminal complaint, within the period
2 | specified in section 3161(b), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).
3 |       Moreover, in light of defense counsel's ongoing efforts to review discovery provided by
4 | the government, such that good cause has been shown to continue the date for defendant's
5 | preliminary hearing taking into account the public's interest in the prompt disposition of criminal
6 | cases, pursuant to F. R. Cr. P. Rule 5.1(d), and further, because this waiver of time will ensure
7 | effective preparation of counsel taking into account the exercise of due diligence, such that the
8 | ends of justice are served by granting this continuance outweighs the best interest of the public
9 | and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

**IT IS SO STIPULATED.**

KEVIN V. RYAN
United States Attorney

_[signature]_
BRIAN GETZ
for Defendant Salameh Issa Dabai

_[signature]_
TIMOTHY LUCEY
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: June 30, 2006

_[signature]_
HON. NANDOR VADAS
United States Magistrate

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]