1    KEVIN V. RYAN (CSBN 118321)
     United States Attorney

2

3    MARK L. KROTOSKI (CSBN 138549)
     Chief, Criminal Division

4    TIMOTHY J. LUCEY (CSBN 172332)
     Assistant United States Attorney

5

6       450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       Facsimile: (415) 436-7234
        E-mail: Timothy.Lucey@usdoj.gov

8

9    Attorneys for United States of America

                    UNITED STATES DISTRICT COURT

10

                    NORTHERN DISTRICT OF CALIFORNIA

11

                       SAN FRANCISCO DIVISION

12

13   UNITED STATES OF AMERICA,          )       No. CR 3 - 05 - 71011 EDL
                                        )
14         Plaintiff,                   )       [PROPOSED] SPEEDY TRIAL ORDER
                                        )
15      v.                              )
                                        )
16   SALAMEH ISSA DABAI,                )
                                        )
17         Defendant.                   )
     _____)

18

19

20

21         WHEREAS, SALAMEH ISSA DABAI ("Dabai") is charged in a criminal complaint

22   with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection

23   Service;

24         WHEREAS, Dabai made his initial appearance on the aforesaid criminal complaint,

25   before the Honorable Joseph Spero, on January 30, 2006, and was released on a bond;

26         WHEREAS, the parties previously entered into a stipulation and order waiving time

27   under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through July 28, 2006, in order

28   to provide for effective preparation of counsel;

     SPEEDY TRIAL ORDER
     [CR 3 05 71011 EDL]

1    WHEREAS, the government is agreeable to delaying indictment in order to provide
2 Dabai and his attorney the opportunity to review discovery, and where, since arrest preceded
3 indictment in this matter, it is unreasonable to expect return and filing of the indictment within
4 the period specified in section 3161(b), and further where it is in the defendant's best interest to
5 waive time under both Rule 5.1 to allow time for a resolution and disposition short of indictment
6 for a further three (3) weeks, through Friday, August 18, 2006;

7    THEREFORE, the parties agree and stipulate as follows:

8    1.    Dabai hereby again waives his right to have a preliminary hearing conducted
9          within 20 days of his initial appearance while out of custody, pursuant to Rule
10         5.1(c)-(d) of the Federal Rules of Criminal Procedure, taking into account the
11         public's interest in the prompt disposition of criminal cases and for good cause
12         shown;

13   2.    Dabai hereby again waives his right to have all of the charges contained in the
14         criminal complaint on which he made his initial appearance on January 30, 2006,
15         indicted within thirty days of his initial appearance, which including prior
16         exclusions of time, would be July 28, 2006, as required by 18 U.S.C. § 3161(b);

17   3.    The government and Dabai hereby agree that any indictment by the government,
18         as to charges contained in the criminal complaint, must be filed no later than
19         **August 18, 2006**, pursuant to section 3161(h)(8)(B)(iii);

20   4.    The government and Dabai hereby mutually agree that any preliminary hearing
21         and/or arraignment be held no later than **August 18, 2006**;

22   The undersigned parties, by and through their counsel, hereby agree and stipulate that
23 this waiver of time under Rule 5.1 of the Federal Rules of Criminal Procedure and section
24 3161(b) of the Speedy Trial Act shall remain in place until August 18, 2006, because this is a
25 case in which arrest preceded indictment, such that delay in the filing of the indictment is caused
26 because the arrest occurred at time that is unreasonable to expect return and filing of the
27 indictment as to all of the charges contained in the criminal complaint, within the period
28 specified in section 3161(b), pursuant to 18 U.S.C. § 3161(h)(8)(B)(iii).

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1    Moreover, in light of defense counsel's ongoing efforts to review discovery provided by

2  the government, such that good cause has been shown to continue the date for defendant's

3  preliminary hearing taking into account the public's interest in the prompt disposition of criminal

4  cases, pursuant to F. R. Cr. P. Rule 5.1(d), and further, because this waiver of time will ensure

5  effective preparation of counsel taking into account the exercise of due diligence, such that the

6  ends of justice are served by granting this continuance outweighs the best interest of the public

7  and the defendant in a speedy trial, pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161 (h)(8)(B)(iv).

8

9  **IT IS SO STIPULATED.**

10

11                                                      KEVIN V. RYAN
                                                        United States Attorney
12

13  _____            _____

14  BRIAN GETZ                            TIMOTHY LUCEY
    for Defendant Salameh Issa Dabai      Assistant United States Attorney
15

16  **IT IS SO ORDERED.**

17

18  Dated: 2 8 July 06                    _____

19                                        **HON. BERNARD ZIMMERMAN**
                                          **United States Magistrate**
20

21

22

23

24

25

26

27

28

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]