1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
3  MARK L. KROTOSKI (CSBN 138549)
   Chief, Criminal Division
4  TIMOTHY J. LUCEY (CSBN 172332)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102-3495
      Telephone: (415) 436-7200
7     Facsimile: (415) 436-7234
      E-mail: Timothy.Lucey@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                     SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,    )   No. CR 3 - 05 - 71011 EDL
                                  )
15 |       Plaintiff,              )
                                  )   [PROPOSED] SPEEDY TRIAL ORDER
16 |    v.                         )
                                  )
17 | SALAMEH ISSA DABAI,           )
                                  )
18 |       Defendant.              )
                                  )
19

20

21        WHEREAS, SALAMEH ISSA DABAI ("Dabai") is charged in a criminal complaint with

22 violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection

23 Service;

24        WHEREAS, Dabai made his initial appearance on the aforesaid criminal complaint,

25 before the Honorable Joseph Spero, on January 30, 2006, and was released on a bond;

26        WHEREAS, the parties previously entered into a stipulation and order waiving time

27 under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through August 18, 2006, in

28 order to provide for effective preparation of counsel;

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

1      WHEREAS, the parties have reached a resolution and a proposed disposition in principle,
2  such that the defendant is prepared to enter a change of plea, and the parties are agreeable to
3  conducting the change of plea on Wednesday, September 13, 2006, at 9:30 a.m. before this
4  Court;

5      WHEREAS, the parties are agreeable to continuing the matter until Wednesday,
6  September 13, 2006, at 9:30 a.m. for change of plea, with time being excluded between June 30,
7  2006 and September 13, 2006, based on continuity of counsel and effective preparation of
8  counsel, pursuant to 18 U.S.C. § 3161(h)(8)(A), (B).

9      THEREFORE, the parties now respectfully request and stipulate to continue the matter
10 until Wednesday, September 13, 2006, for a change of plea in this matter, with time excluded
11 between June 30, 2006 and September 13, 2006 on the basis of continuity of counsel and
12 effective preparation of counsel, such that the ends of justice outweigh the best interest of the
13 defendant and the public in a speedy trial.

**IT IS SO STIPULATED.**

                                              KEVIN V. RYAN
                                              United States Attorney

 /S/ Brian Getz                                /S/ Timothy Lucey
BRIAN GETZ                                    TIMOTHY LUCEY
for Defendant Salameh Issa Dabai            Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:    9-6-06



IT IS SO ORDERED
Judge James Larson

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]