KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TIMOTHY J. LUCEY (CSBN 172332)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Facsimile: (415) 436-7234
    E-mail: Timothy.Lucey@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 3 - 05 - 71011 EDL |
|     Plaintiff, ) | |
| ) | [PROPOSED] SPEEDY TRIAL ORDER |
|   v. ) | |
| SALAMEH ISSA DABAI, ) | |
|     Defendant. ) | |

    WHEREAS, SALAMEH ISSA DABAI ("Dabai") is charged in a criminal complaint with violation of 18 U.S.C. § 371, in an action brought by the United States Postal Inspection Service;

    WHEREAS, Dabai made his initial appearance on the aforesaid criminal complaint, before the Honorable Joseph Spero, on January 30, 2006, and was released on a bond;

    WHEREAS, the parties previously entered into a stipulation and order waiving time under Rule 5.1 as well as excluding time under 18 U.S.C. § 3161 through August 18, 2006, in order to provide for effective preparation of counsel;

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]

WHEREAS, the parties have reached a resolution and a proposed disposition in principle, such that the defendant is prepared to enter a change of plea, and the parties are agreeable to conducting the change of plea on Wednesday, September 13, 2006, at 9:30 a.m. before this Court;

WHEREAS, the parties are agreeable to continuing the matter until Wednesday, September 13, 2006, at 9:30 a.m. for change of plea, with time being excluded between June 30, 2006 and September 13, 2006, based on continuity of counsel and effective preparation of counsel, pursuant to 18 U.S.C. § 3161(h)(8)(A), (B).

THEREFORE, the parties now respectfully request and stipulate to continue the matter until Wednesday, September 13, 2006, for a change of plea in this matter, with time excluded between June 30, 2006 and September 13, 2006 on the basis of continuity of counsel and effective preparation of counsel, such that the ends of justice outweigh the best interest of the defendant and the public in a speedy trial.

**IT IS SO STIPULATED.**

                                                                KEVIN V. RYAN
                                                                 United States Attorney

 /S/ Brian Getz                                   /S/ Timothy Lucey
BRIAN GETZ                                              TIMOTHY LUCEY
for Defendant Salameh Issa Dabai             Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:   9-6-06



IT IS SO ORDERED
Judge James Larson

SPEEDY TRIAL ORDER
[CR 3 05 71011 EDL]